IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GLENN DAVIS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5839

Opinion filed May 16, 2017.

An appeal from an order of the Nassau County Circuit Court.
Robert M. Foster, Judge.

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Appellant's appointed counsel has filed a brief pursuant to Anders v. California,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in this appeal from a judgment and sentence imposed upon revocation of probation. We affirm the revocation of probation and the sentence imposed by the trial court, but direct the trial court on remand to enter a written revocation order specifying the conditions of probation appellant was found to have violated. See Leggs v. State, 27 So. 3d 155 (Fla. 1st DCA 2010) (remanding for entry of a written order of revocation of probation specifying the conditions violated in an Anders appeal).

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.